IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| IN RE: ALEXANDER BURGOS VAZQUEZ | Bkrtcy. No. 11-00554-SEK |
|---|---|
| | Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Petition Filing Date: | Jan 28, 2011 | Meeting Date | Mar 02, 2011 | DC Track No. | 10 |
|---|---|---|---|---|---|
| Days from petition date | 33 | Meeting Time | 10:00 AM | | |
| 910 Days before Petition | 8/1/2008 | ☐ Chapter 13 Plan Date | Jan 28, 2011 Dkt.# 2 | ☐ Amended. | |
| This is debtor(s) ___ Bankruptcy petition. | | Plan Base: | $13,800.00 | | |
| This is the ___ Scheduled Meeting | | Confirmation Hearing Date: | Apr 01, 2011 | Time: | 9:00 AM |

| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. | Date | Amount | Total Paid In: | $0.00 |
|---|---|---|---|---|---|

**I. Appearances:** ☐ Telephone ☐ Video Conference | ☐ Creditor(s) present: ☒ None.
☐ Debtor Present ☐ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☐ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present
☐ Substitute attorney: M. Vega ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: **ROBERTO FIGUEROA CARRASQUILL***
Total Agreed: $3,000.00   Paid Pre-Petition: $276.00   Outstanding: $2,724.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income. Liquidation Value: TBD
Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD
The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☒ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: March 11, 2011 @ 9:00 am

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308] ___
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
(1) Debtor confused the date for the 341 meeting, he has no trasportation for today.

/s/ José R. Carrión
Trustee          Presiding Officer          Page 1 of ___          Date: Mar 02, 2011