## IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE:  ALEXANDER BURGOS VAZQUEZ

Bkrtcy. No.  11-00554-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES
## AND REPORT ON CONFIRMATION

| | | | | |
|---|---|---|---|---|
| Petition Filing Date: | Jan 28, 2011 | Meeting Date | **May 17, 2011** | DC Track No.  10 |
| Days from petition date | 109 | Meeting Time | 10:00 AM | |
| 910 Days before Petition | 8/1/2008 | ☐ Chapter 13 Plan Date | May 06, 2011  Dkt.# 23 | ☐  Amended. |
| This is debtor(s) 1st Bankruptcy petition. | | **Plan Base:** | **$21,000.00** | |
| This is the 2nd Scheduled Meeting | | Confirmation Hearing Date: | May 24, 2011 | Time: 9:00 AM |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount | Total Paid In: | $300.00 |
|---|---|---|---|---|

**I.  Appearances:**  ☐ Telephone  ☐ Video Conference   ☐ Creditor(s) present:  ☑ None.

☑ Debtor Present   ☑ ID & Soc. OK   ☐ Debtor Absent
☐ Joint Debtor Present   ☐ ID & Soc. OK   ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined  ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present  ☐ Not Present
☐ Substitute attorney: *Lidrell Vega*   ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record:   **ROBERTO FIGUEROA CARRASQUILL\***
Total Agreed: **$3,000.00**   Paid Pre-Petition: **$276.00**   Outstanding: **$2,724.00**  THROUGH THE PLAN

**III.  Trustee's will file Motion to Dismiss:**  ☐ For Failure to appear;  ☐ For Failure to commence payments.

**IV.  Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☑ Under  ☐ Above Median Income.   **Liquidation Value:** ___
**Commitment Period is** ☑ 36  ☐ 60 months.  §1325(b)(1)(B)] **Gen. Unsecured Pool:** N/A
**The Trustee** ☐ RECOMMENDS  ☑ OBJECTS  **Plan confirmation.**
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☑ HELD OPEN FOR 10 DAYS
§341 Meeting Rescheduled for: *Evidence of Income tax 2009-2010*

**V.  Trustee's OBJECTIONS to Confirmation:**
☑ ① FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
*① Debtor is the Month of April w/ default, may will become due on May 20.*

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: May 17, 2011